JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOANN FRYER, | ) Case No. EDCV 10-00913-MLG |
|               Plaintiff, | ) |
| | )       JUDGMENT |
|    v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
|               Defendant. | ) |
| _____ | ) |

IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED:   February 18, 2011

_____
MARC L. GOLDMAN
United States Magistrate Judge